**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | |
|---|---|
| **LUIS MARROQUIN** * | |
| v. * | |
| **CROSBY DREDGING, LLC** * | |
| * | **CIVIL ACTION NO. 4:24-cv-00770** |
| CIVIL ACTION NO. 23:01836 * | |
| * | |
| Pending in the U.S. District Court for * | |
| the Eastern District of Louisiana * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**NOTICE OF SETTLEMENT AND MOTION FOR DISMISSAL**

Plaintiff Marroquin filed and prosecuted his claims against Defendant Crosby in the Eastern District of Louisiana. That case was settled in January, 2025. It appears the instant litigation was related to a motion to compel a local medical provider to respond to a subpoena filed by Defendant Crosby Dredging. As such, Plaintiff has no pending claims in this Court, and whatever claims previously existed in the Louisiana litigation have settled.

Respectfully submitted

**THE BUZBEE LAW FIRM**

/s/ *Anthony G. Buzbee*
Anthony G. Buzbee
Attorney-in-charge
State Bar No. 24001820
Fed. ID No. 22679
J.P. Morgan Chase Tower
600 Travis, Suite 7500
Houston, Texas 77002
Phone: (713) 223-5393
Facsimile: (713) 223-5909
Email: TBuzbee@txattorneys.com

**ATTORNEYS FOR CLAIMANTS**

**OF COUNSEL:**
Christopher J. Leavitt
State Bar No. 24053318
Fed. ID No. 1045581
Email: CLeavitt@txattorneys.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of this document will be served or has been served on all interested parties in accordance with the Federal Rules of Civil Procedure on the ***February 17, 2026***.

*/s/ Anthony G. Buzbee*
Anthony G. Buzbee
